**METROPOLITAN SAND & GRAVEL CORPORATION, as owner of the Scow G. G. 118, Libellant, v. PETTERSON LIGHTERAGE & TOWING CORPORATION, Respondent-Appellee, and THE M/V NEW YORK SOCONY, Impleaded, Socony-Vacuum Oil Company, Incorporated, Claimant-Appellant.**

**No. 383.**

Circuit Court of Appeals, Second Circuit.

July 6, 1944.

John W. Knox, of New York City, for claimant-appellant, Socony-Vacuum Oil Co., Incorporated.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for libellant Metropolitan Sand & Gravel Corporation.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine, of counsel), for respondent-appellee, Petterson Lighterage & Towing Corporation.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Decree, 54 F.Supp. 958, affirmed.

**NEW YORK CREDIT MEN'S ASSOCIATION, Trustee in Bankruptcy of Charles Weisbecker (a Corporation), Petitioner-Appellant, v. A. & E. REALTY, Inc., Claimant, Respondent-Appellee.**

**No. 346.**

Circuit Court of Appeals, Second Circuit.

May 22, 1944.

Levin & Weintraub and I. Jonas Speciner, all of New York City (Benjamin Weintraub and Milton Mitwell, both of New York City, of counsel), for appellant.

Robert W. Maloney, of New York City (Meyer William Ross and Walter G. Phelps, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, 55 F.Supp. 774.